United States District Court
For the Northern District of California

1
2
3
4
5                  IN THE UNITED STATES DISTRICT COURT
6                FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    USA,                                    No.  CV 11-06444 SLM
9              Plaintiff,                     **ORDER**
10     v.
11   DAWN M DAVIS,
12             Defendant.
     _____/
13
14   GOOD CAUSE APPEARING THEREFOR,
15        IT IS ORDERED that this case is reassigned to the **Honorable Elizabeth D. Laporte** in the
16   **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall
17   bear the **initials EDL** immediately after the case number. All hearing dates presently scheduled are
18   vacated and motions should be renoticed for hearing before the judge to whom the case has been
19   reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a
20   magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed
21   for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.
22   Civ. P. 72(b).
23
24                                       FOR THE EXECUTIVE COMMITTEE:
25
26   Dated:  June 1, 2012
27   rev 4-12                              Richard W. Wieking
                                           Clerk of Court
28