IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C -11-06444(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| DAWN M DAVIS, | |
| Defendant. | |

The Court held a case management conference on July 8, 2014. As stated at the conference, Defendant is ordered to propound any discovery as soon as possible. Plaintiff shall file any dispositive motion no later than September 9, 2014. If filed on September 9, 2014, the motion will be heard on October 14, 2014, at 2:00 p.m, unless the Court determines that no hearing is necessary and notifies the parties.

**IT IS SO ORDERED.**

Dated: July 8, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge